IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| DREW J. COLE,<br><br>    Plaintiff,<br><br>    vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security<br><br>    Defendant. | Civil No. 4:19-CV-00084-JTJ<br><br><br>ORDER TO AMEND THE<br>BRIEFING SCHEDULE |

After considering the Defendant's Unopposed Motion to Amend the Briefing Schedule to file Defendant's response to Plaintiff's opening brief, and that Plaintiff's counsel has been contacted and has indicated no objection regarding this motion, it is hereby:

ORDERED that an extension, to and including July 8, 2020, is granted.

DATED this 8th day of June, 2020.

John Johnston
United States Magistrate Judge

Page 1    ORDER TO AMEND THE BRIEFING SCHEDULE - [4:19-CV-00084-JTJ]

Submitted by:

KURT G. ALME
United States Attorney

VICTORIA L. FRANCIS
Assistant United States Attorney

/s/ L. Jamala Edwards
L. JAMALA EDWARDS
Special Assistant United States Attorney
of Attorneys for Defendant
(206) 615-2732

Page 2  ORDER TO AMEND THE BRIEFING SCHEDULE - [4:19-CV-00084-JTJ]